This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO ex rel.**
**HUMAN SERVICES DEPARTMENT**
**and ROBERTA PEKARCIK**,

     Petitioners-Appellees,

v.                                               **NO.  30,744**

**PHILIP PEKARCIK**,

     Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**David K. Thomson, District Judge**

McDevitt Law Firm, P.A.
Susan Schaefer McDevitt
Santa Fe, NM

for Appellee

Philip Pekarcik
Los Lunas, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired.

**REVERSED.**

**IT IS SO ORDERED.**

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**TIMOTHY L. GARCIA, Judge**